UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT COPRORATION, a Washington Corporation,<br><br>   Plaintiff,<br>vs.<br><br>CHARLIE'S ONE STOP COMPUTER CENTER INC., a Massachusetts corporation, MICHAEL AUCOIN, an individual, and CHARLIE'S ONE STOP COMPUTER CENTER II, INC., a Massachusetts corporation,<br>   Defendants. | Cause No. 2:16-cv-00807 RSM<br><br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT |

  This Court, having received and reviewed the parties Stipulation for Extension of Time to Respond to Complaint, HEREBY extends the time for all defendants to respond to the Second Amended Complaint to and including July 10, 2017.

  Dated this 16th day of June 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING
DEFENDANTS EXTENDED TIME TO
RESPOND TO COMPLAINT - 1

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436-0900

Stipulated and Presented by:

| DAVIS WRIGHT TREMAINE | MANN LAW GROUP |
|---|---|
| Attorneys for Plaintiff Microsoft Corp. | Attorneys for Defendants |

By:

| */Bonnie MacNaughton* | */Philip P. Mann* |
|---|---|
| Bonnie E. MacNaughton, WSBA # 36110<br>Jordan Clark, WSBA # 49659<br>Davis Wright Tremaine<br>1201 Third Avenue, Suite 2200<br>Seattle, Washington  98101-3045<br>(206) 622-3150<br>Fax (206) 757-7700<br>bonniemacnaughton@dwt.com<br>jordanclark@dwt.com | Philip P. Mann, WSBA # 28860<br><br>Mann Law Group<br>1218 Third Avenue, Suite 1809<br>Seattle, WA 98101<br>(206) 436-0900<br>Fax (866) 341-5140<br>phil@mannlawgroup.com |

MARTIN DAVIS PLLC

Attorneys for Charlie's II

By:

*/David Otto*

David Otto, WSBA #20560
Lachlan Huck, WSBA #49708
Martin Davis PLLC
1200 Westlake Ave N, Suite 802
Seattle, WA 98109
Tel: (206) 829-8015
Fax: (206) 400-2712
Email: dotto@martindavislaw.com
       lhuck@martindavislaw.com