UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

CHARLIE'S ONE STOP COMPUTER CENTER INC., a Massachusetts corporation, MICHAEL AUCOIN, an individual, and CHARLIE'S ONE STOP COMPUTER CENTER II, INC., a Massachusetts corporation,

Defendants.

No. 2:16-cv-00807-RSM

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO DEFENDANT CHARLIE'S II'S COUNTERCLAIMS AND CROSSCLAIMS

## I.   STIPULATION

Plaintiff Microsoft Corporation ("Microsoft") and Defendants Charlie's One Stop Computer Center Inc. ("Charlie's I"), Michael Aucoin, and Charlie's One Stop Computer Center II, Inc. ("Charlie's II"), by and through their attorneys, hereby stipulate to extend the time for Charlie's I, Mr. Aucoin, and Microsoft to respond to Charlie's II's crossclaims and counterclaims from July 31, 2017 to August 14, 2017.

Stipulated and presented this 13th day of July, 2017.

| */s/ Bonnie MacNaughton* | */s/ Philip P. Mann* |
|---|---|
| Bonnie E. MacNaughton, WSBA # 36110 | Philip P. Mann, WSBA # 28860 |
| Jordan Clark, WSBA # 49659 | Mann Law Group |
| Davis Wright Tremaine | 1218 Third Avenue, Suite 1809 |
| 1201 Third Avenue, Suite 2200 | Seattle, WA 98101 |
| Seattle, Washington 98101-3045 | (206) 436-0900 |
| (206) 622-3150 | Fax (866) 341-5140 |
| Fax (206) 757-7700 | phil@mannlawgroup.com |
| bonniemacnaughton@dwt.com | |
| jordanclark@dwt.com | |

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS AND CROSSCLAIMS – 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

*/s/ David Otto*_____

David Otto, WSBA #20560
Lachlan Huck, WSBA #49708
Martin Davis PLLC
1200 Westlake Ave N, Suite 802
Seattle, WA 98109
Tel: (206) 829-8015
Fax: (206) 400-2712
Email: dotto@martindavislaw.com
         lhuck@martindavislaw.com

## II.   ORDER

IT IS SO ORDERED this 14th day of July 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COUNTERCLAIMS AND
CROSSCLAIMS – 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax