UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation<br><br>Plaintiff<br><br>v.<br><br>CHARLIE'S ONE STOP COMPUTER CENTER, INC., a Massachusetts Corporation, MICHAEL AUCOIN, an Individual, and CHARLIE'S ONE STOP COMPUTER CENTER II, INC., a Massachusetts Corporation.<br><br>Defendants | **Civil Action No.: 1:17-cv-11831 (MLW)** |

## STIPULATION

Plaintiff Microsoft Corporation ("Microsoft") and Defendants Charlie's One Stop Computer Center, Inc. ("Charlie's I") and Michael Aucoin, by and through their respective counsel of record, hereby stipulate and agree to entry of the permanent injunction below.

DATED this 6th day of February, 2018

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff Microsoft Corp.*

/s/ Bonnie E. MacNaughton
Bonnie E. MacNaughton, (*Pro Hac Vice*)
Jaime Drozd Allen, BBO #651767
Jordan Clark, (*Pro Hac Vice*)
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com
Email: jaimeallen@dwt.com
Email: jordanclark@dwt.com

BOYLE | SHAUGHNESSY LAW PC
*Attorneys for Defendants Charlie's I and Michael Aucoin*

/s/ John M. Tilley
Mark W. Shaughnessy, BBO# 567839
John M. Tilley, BBO# 682377
Boyle | Shaughnessy Law PC
695 Atlantic Avenue, 11th Floor
Boston, MA 02111
Phone: (617) 451-2000
Fax: (617) 451-5775
Email: mshaughnessy@boyleshaughnessy.com
Email: jtilley@boyleshaughnessy.com

## PERMANENT INJUNCTION

Pursuant to the settlement of this matter, and the parties' agreement in connection therewith to stipulate to a permanent injunction, IT IS HEREBY ORDERED that Defendant Charlie's One Stop Computer Center, Inc., its directors, principals, officers, agents, representatives, employees, attorneys, successors and assigns, and Defendant Michael Aucoin are enjoined and restrained from:

1. Copying or making any other infringing use or infringing distribution of Microsoft's software and other intellectual property, including product activation keys;

2. Using any unauthorized simulation, unauthorized reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service marks or copyrights in connection with the manufacture, assembly, production, distribution, offering for distributing, circulation, sale, offering for sale, import, advertisement, promotion, or display of any software, component, product activation key, and/or other item not authorized or licensed by Microsoft;

3. Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, product activation key, and/or other item has been manufactured, assembled, produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Microsoft, when such is not true in fact;

4. Engaging in any other activity constituting an infringement of any of Microsoft's trademarks, services marks, and/or copyrights, or of Microsoft's rights in, or right to use or to exploit, such trademarks, services marks and/or copyrights; and/or

5. Knowingly assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities listed above.

6. This injunction does not in any way apply to Defendant Charlie's One Stop Computer Center II, Inc.

IT IS SO ORDERED.

DATED June 29, 2018.

The Honorable Mark L. Wolf
United States District Court Judge