UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Microsoft Corporation,

                    Plaintiff(s)

v.                                                  Civil Action No: 17-CV-11831-MLW

Charlie's One Stop Computer Center II Inc, et als

                    Defendant(s)

## ORDER CLOSING CASE

WOLF, D.J.

      In accordance with the Stipulation and Permanent Injunction (Document No. 60) issued on   June 29, 2018, it is hereby ORDERED that the above-entitled action be and hereby is closed.

                                                    By the Court,

                                                   /s/ Christine Bono
                                                 Deputy Clerk

July 3, 2018

To: All Counsel